

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:    01-13-00388-CV

Style:    National Oilwell Varco, LP

v. Flowserve Corporation, Flowserve US Inc. and Flowserve S. de R.L. de C.V. (formerly

Flowserve S.A. de C.V.)

Date motion filed*:    August 22, 2013

Type of motion:    Motion for extension of time to file brief

Party filing motion:    Appellant

Document to be filed:    Brief

Is appeal accelerated?    No

If motion to extend time:

    Original due date:    July 19, 2013

    Number of previous extensions granted:    2    Current Due date:  September 11, 2013

    Date Requested:    November 11, 2013

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  November 11, 2013

        ☑  Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:    /s/ Justice Rebeca Huddle
             ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  **August 27, 2013**

November 7, 2008 Revision